```
1   DAVID M. GIVEN (State Bar No. 142375)
    PHILLIPS, ERLEWINE & GIVEN LLP
2   50 California Street, 35th Floor
    San Francisco, California 94111
3   Telephone: (415) 398-0900
    Facsimile: (415) 398-0911
4   dmg@phillaw.com

5   Attorneys for Defendant JEFFREY ABBETT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY W. ABBETT, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ABBETT ELECTRIC CORPORATION, a California corporation; and JEFFREY ABBETT, an individual,<br><br>    Defendants.<br>_____ | Case No. CV 10-02076 SBA<br><br>San Francisco Superior Court Case No. CGC-10-498763<br><br>**STIPULATION AND ORDER RE MOTION TO TRANSFER VENUE OF ACTION**<br><br>Date: July 27, 2010<br>Time: 1:00 p.m.<br>Courtroom 1 |

## I. RECITALS

WHEREAS, plaintiff originally filed his complaint in this matter in the San Francisco Superior Court; and

WHEREAS, defendant ABBETT ELECTRIC CORPORATION timely removed the matter to this Court in accordance with applicable law (Docket Doc. No. 1); and

WHEREAS, at or around that time, defendant ABBETT ELECTRIC CORPORATION moved to transfer venue of this matter to the Eastern District of California (Docket Doc. No. 6), for reference to that District's Bankruptcy Court, Sacramento Division, in accordance with that District's General Order No. 161, where plaintiff's personal Chapter 11 bankruptcy proceeding is pending before the Honorable Thomas C. Holman, Case No. 09-28058-B-11; and

1   WHEREAS, this matter is a "core proceeding," as that term is used in the
2   Bankruptcy Code, subject to Bankruptcy Court jurisdiction in the aforementioned Chapter
3   11 proceeding; and

4   WHEREAS, it is in the interest of justice that this lawsuit together with those
5   matters related to it, including without limitation defendants' compulsory counterclaims
6   (all or substantially all of which have previously been filed as claims in plaintiff's
7   bankruptcy court proceeding), be resolved in the context of the aforementioned Chapter
8   11 proceeding; and

9   WHEREAS, defendants have not yet filed or served a responsive pleading to the
10  complaint, the parties' having agreed to continue that event to a date no later than five (5)
11  business days following notice from the Eastern District of California that the matter has
12  been docketed there, or as the Court may otherwise order; and

13  WHEREAS, the parties intend to reserve their respective rights to demand trial by
14  jury in their respective actions, and on their respective claims, against one another in this
15  matter.

## II. STIPULATION

17  NOW, THEREFORE, the parties through their respective attorneys stipulate and
18  agree as follows:

19  1.   The foregoing recitals are true and correct.

20  2.   For all the foregoing reasons, at its earliest convenience, the Court should
21  transfer this matter to the Eastern District of California, with the expectation that the
22  matter will be referred to that District's Bankruptcy Court, Sacramento Division, in
23  accordance with that District's General Order No. 161, where plaintiff's personal Chapter
24  11 bankruptcy proceeding is pending before the Honorable Thomas C. Holman, Case No.
25  09-28058-B-11, thereby resolving the pending motion to transfer venue.

26  3.   In that event, defendants shall serve and file their responsive pleading(s) no
27  later than five (5) business days following notice from the Eastern District of California
28  that the matter has been docketed there, or as the Court may otherwise order; and

4. The parties shall reserve their respective rights to demand trial by jury in their respective actions, and on their respective claims, against one another in this matter.

DATED: July 1, 2010                ROSENQUIST& ASSOCIATES

By: _____/s/_____
Nils Rosenquist
Attorneys for Plaintiff GREGORY W. ABBETT

DATED: July 1, 2010                LAW OFFICES OF JAMES A. TIEMSTRA

By: _____/s/_____
James A. Tiemstra
Attorneys for Defendant ABBETT ELECTRIC CORPORATION

DATED: July 1, 2010                PHILLIPS, ERLEWINE & GIVEN LLP

By: _____/s/_____
David M. Given
Attorneys for Defendant JEFFREY ABBETT

## III. ORDER

Upon the foregoing stipulation, and for good cause, it is hereby ORDERED that this matter be and hereby is transferred to the United States District Court in and for the Eastern District of California.  The clerk shall forthwith undertake to transfer the file of this matter to that District.  The pending motion to transfer is taken off calendar as moot.

DATED: 6/30/10                _Saundra B Armstrong_
U.S.D.J.